## In the Matter of the Application of Adelbert E. BRONSON.

(Court of Appeals of District of Columbia. Submitted January 19, 1926. Decided February 1, 1926.)

### No. 1819.

Appeal from the Commissioner of Patents.

W. T. Estabrook, of Washington, D. C., and A. J. Hudson, of Cleveland, Ohio, for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. This is an appeal from the decision of the Commissioner of Patents, rejecting appellant's application for a patent for a valve mechanism intended for use in pneumatic tires.

The references cited in the opinion of the Commissioner are conclusive, since the claims

of appellant can be read directly thereon. The decision of the Assistant Commissioner disposes of the case in accord with our views, and it is accordingly affirmed.